## Eunice J. Robinson v. Goin Robinson.

*Decree of Divorce: Consent.* Decrees will not be made by consent in divorce suits.

> The court must be satisfied, from the evidence, that a legal cause for divorce exists.

*Heard and decided April 23d.*

Appeal in Chancery from Lenawee Circuit.

The bill was filed for a divorce, and a decree was made as prayed, with a further order awarding a certain amount to complainant by way of permanent alimony.

*P. Morey* now moved, on a stipulation signed by defendant and by himself, as solicitor for complainant, consenting thereto, that the decree of the court below, from which defendant had appealed, be affirmed, but with the omission of the order for alimony.

The Court denied the motion, holding that decrees should not be entered by consent in divorce cases, but the court must look into the testimony and satisfy itself that legal cause for divorce exists.